Judge: John W. Darrah
Magistrate Judge: Young B. Kim
Filed: 6/19/2015
Lead Case: 15cv5070
mr

**UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION**

IN RE: HERBAL SUPPLEMENTS MARKETING
AND SALES PRACTICES LITIGATION                     MDL No. 2619

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −1)**

On June 9, 2015, the Panel transferred 31 civil action(s) to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.3d___ (J.P.M.L. 2015). Since that time, no additional action(s) have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable John W Darrah.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Darrah.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of June 9, 2015, and, with the consent of that court, assigned to the Honorable John W Darrah.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

Jun 19, 2015

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
-
By: s/ MELISSA RIVERA
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
-
June 19, 2015

IN RE: HERBAL SUPPLEMENTS MARKETING
AND SALES PRACTICES LITIGATION                    MDL No. 2619

### SCHEDULE CTO–1 – TAG–ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** | |
|---|---|---|---|---|
| ARKANSAS EASTERN | | | | |
| ARE | 4 | 15–00118 | Cook v. Wal–Mart Stores Inc et al | 15cv5416 |
| ARE | 4 | 15–00157 | Burns v. Wal Mart Stores Inc et al | 15cv5418 |
| CALIFORNIA CENTRAL | | | | 15cv5422 |
| CAC | 2 | 15–00908 | Sean James Cummins v. General Nutrition Corporation | |
| CAC | 2 | 15–01427 | Edwin Mourino v. GNC Holdings, Inc. et al | 15cv5423 |
| CAC | 2 | 15–01704 | Denise Kramer v. Wal–Mart Stores, Inc. et al | 15cv5426 |
| CAC | 2 | 15–03977 | Eduardo Gomez v. Target Corporation | 15cv5428 |
| CAC | 5 | 15–00845 | Marci Goodman et al v. Wal–Mart Stores, Inc. | 15cv5429 |
| CALIFORNIA NORTHERN | | | | |
| CAN | 3 | 15–01870 | Owens v. Wal–Mart Stores, Inc. | 15cv5431 |
| CAN | 5 | 15–00855 | Boss v. Target Corporation et al | 15cv5433 |
| CALIFORNIA SOUTHERN | | | | |
| CAS | 3 | 15–00538 | Kohn v. Wal–Mart Stores, Inc. et al | 15cv5434 |
| CAS | 3 | 15–00746 | Haiderzad et al v. Wal–Mart Stores, Inc. et al | 15cv5436 |
| DISTRICT OF COLUMBIA | | | | |
| ~~DC~~ | ~~1~~ | ~~15–00439~~ | ~~MANNING v. WALMART STORES, INC.~~ | Opposed 6/17/15 |
| FLORIDA SOUTHERN | | | | |
| FLS | 0 | 15–60354 | Williams et al v. Wal–Mart Stores, Inc. et al | 15cv5438 |
| FLS | 0 | 15–60504 | Beal et al v. Walgreen Co. et al | 15cv5439 |
| FLS | 1 | 15–20955 | Greenfield v. Target Corporation et al | 15cv5440 |
| FLS | 1 | 15–21214 | Lugo v. Wal–Mart Stores, Inc. | 15cv5442 |
| ILLINOIS SOUTHERN | | | | |

| | | | | |
|---|---|---|---|---|
| ILS | 3 | 15–00194 | Lee v. Wal–Mart Stores, Inc. | 15cv5443 |
| ILS | 3 | 15–00355 | Weeks v. Walgreen Co. | 15cv5447 |

### KENTUCKY WESTERN

| | | | | |
|---|---|---|---|---|
| KYW | 3 | 15–00158 | Frazier v. General Nutrition Corporation | 15cv5449 |

### MASSACHUSETTS

| | | | | |
|---|---|---|---|---|
| MA | 1 | 15–10288 | O'Donnell v. GNC Holdings, Inc. et al | 15cv5450 |

### MINNESOTA

| | | | | |
|---|---|---|---|---|
| MN | 0 | 15–00536 | Cohn v. Target Corporation | 15cv5451 |
| MN | 0 | 15–00578 | Chamberlin v. Target Corporation et al | 15cv5452 |
| MN | 0 | 15–02533 | Eisenbraun et al v. Target Corporation et al | 15cv5453 |

### MISSISSIPPI SOUTHERN

| | | | | |
|---|---|---|---|---|
| MSS | 5 | 15–00041 | Tinsley v. Wal–Mart Stores, Inc. | 15cv5455 |

### NEW YORK EASTERN

| | | | | |
|---|---|---|---|---|
| NYE | 2 | 15–01166 | Dunlap v. NBTY,Inc. et al | 15cv5456 |
| NYE | 2 | 15–01189 | Linsalata et al v. Walgreen Co. et al | 15cv5458 |

### NEW YORK SOUTHERN

| | | | | |
|---|---|---|---|---|
| NYS | 1 | 15–01016 | Marks v. Walgreen Co., et al | 15cv5459 |

### OHIO SOUTHERN

| | | | | |
|---|---|---|---|---|
| OHS | 1 | 15–00156 | Angiulli v. Walgreen Co. et al | 15cv5461 |

### OKLAHOMA NORTHERN

| | | | | |
|---|---|---|---|---|
| OKN | 4 | 15–00096 | Coats v. Walmart Stores Inc. | 15cv5462 |

### WISCONSIN EASTERN

| | | | | |
|---|---|---|---|---|
| WIE | 2 | 15–00218 | Oravecz v. Walgreen Co et al | 15cv5463 |